[No. 74460-7-I.   Division One.   September 26, 2016.]

*In the Matter of the Dependency of* J.N.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. BRYAN CORBETT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-7-01785-1, Suzanne Parisien, J., entered December 2, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Schindler, J.

[Nos. 74520-4-I; 74521-2-I.   Division One.   September 26, 2016.]

*In the Matter of the Dependency of* T.V.M.

THOMAS MCMAHON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 15-7-00455-3, Marybeth Dingledy, J., entered December 14, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Mann, JJ.

[Nos. 46425-0-II; 46435-7-II.   Division Two.   September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SOY OEUNG ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 12-1-03300-7, Thomas Felnagle, J., entered June 23, 2014. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Melnick, J.